**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 22MJ8517 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States (Felony) |
| Jose Alfredo RAMIREZ-Ahuacatitan, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about July 21, 2022, within the Southern District of California, defendant, Jose Alfredo RAMIREZ-Ahuacatitan, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
CRISTINA FUENTES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd day of July, 2022.

*William V. Gallo*
_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Alfredo RAMIREZ-Ahuacatitan

STATEMENT OF FACTS

The complaint is based upon the investigative report of Border Patrol Agent (BPA) J. Gomez that defendant, Jose Alfredo RAMIREZ-Ahuacatitan (RAMIREZ), was found in the United States and was arrested on July 21, 2022, in Ocotillo, California.

On July 21, 2022, BPA M. Carlos was conducting linewatch duties approximately 22 miles west of the Calexico, California West Port of Entry. This area consists of mountainous desert terrain with large boulders and sandy washes. Illegal aliens often use this area to illegally enter the United States due to its remoteness.

At approximately 12:15 p.m., Remote Video Surveillance System (RVSS) operators notified BPAs of an activation near the U.S./Mexico International Boundary (IB). BPA Carlos responded to the area and subsequently encountered an individual travelling northbound, approximately .31 miles north of the IB trying to hide in the brush. BPA Carlos approached the individual, later identified as RAMIREZ, identified himself as a Border Patrol Agent, and questioned him as to his citizenship. RAMIREZ stated that he was a citizen of Mexico without any immigration documents that would allow him to enter, work, or remain in the United States legally. At approximately 12:40 p.m., RAMIREZ was placed under arrest for his illegal entry into the United States. RAMIREZ was then transported to the El Centro Border Patrol Station for further processing.

RAMIREZ was read his Miranda Rights. RAMIREZ stated he understood his rights and was willing to answer questions without the presence of an attorney. RAMIREZ stated he is a citizen of Mexico. RAMIREZ stated he did not possess any documentation allowing him to enter, work, and or reside in the United States legally. When asked, RAMIREZ admitted to having been deported before. When asked, RAMIREZ admitted to illegally entering the United States by entering near Mexicali, Mexico. When asked, RAMIREZ stated he intended to travel to Los Angeles, California.

Record checks revealed RAMIREZ was ordered removed from the United States by a designated official on September 30, 2012. RAMIREZ was last physically removed from the United States to Mexico on January 8, 2013, through Nogales, Arizona.

Record checks revealed there is no evidence showing RAMIREZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.